UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CARL WILLIAMS,                  )
                                )
         Plaintiff,             )
                                )
    v.                          )    No. 4:08-CV-845-MLM
                                )
CMS, et al.,                    )
                                )
         Defendants.            )

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(b)

This matter is before the Court upon its own motion. On July 14, 2008, this Court ordered plaintiff to file a signed amended complaint within twenty days [Doc. #9].[1] To date, plaintiff has failed to comply with this Order and his time for doing so has passed.

Therefore,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice, for plaintiff's failure to comply with this Court's Order of July 14, 2008. *See* Fed. R. Civ. P. 41(b); *cf. Edgington v. Missouri Dep't of Corrections*, 52 F.3d 777 (8th Cir. 1995)(district court did not abuse its discretion in dismissing inmate's pro se complaint for failure to comply with its orders to amend complaint for specificity, and court stated that failure to

---

[1]The Court advised plaintiff that his failure to submit to the Court a properly signed amended complaint would result in its dismissal, without prejudice.

amend could result in dismissal).

**IT IS HEREBY CERTIFIED** that, pursuant to 28 U.S.C. § 1915(a), an appeal from this dismissal would not be taken in good faith.

Dated this 27th day of August, 2008.

**/s/ Jean C. Hamilton**
**UNITED STATES DISTRICT JUDGE**